# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WHOLESALE ELECTRIC SUPPLY
COMPANY, A BRANCH OF
WHOLESALE ELECTRIC SUPPLY
CO. OF HOUSTON, INC.

NO.   2024 CW 0893

VERSUS

HONEYWELL INTERNATIONAL,
INC.

**DECEMBER 23, 2024**

In Re:   Vector Electric & Controls, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 630,349.

BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.

**WRIT GRANTED IN PART AND DENIED IN PART.** After de novo review, we find that the claims asserted in Vector Electric & Controls, Inc.'s original reconventional demand were for losses suffered by Vector due to the mismanagement of the Baton Rouge construction projects by Honeywell International, Inc. and prayed for relief based thereon. Therefore, any claims or allegations asserted in the first supplemental and amended reconventional demand arising out of Honeywell's alleged mismanagement of the Baton Rouge projects relate back to Vector's originally filed reconventional demand. See **Scaglione v. Juneau**, 2010-1734 (La. 7/27/10), 40 So.3d 127 (per curiam); and **Southside Civic Association, Inc. v. Warrington**, 93-0890 (La. App. 1st Cir. 4/8/94), 635 So.2d 721, 724, writ denied, 94-1219 (La. 7/1/94), 639 So.2d 1168. However, the claims regarding the Geismar construction project were not asserted in the original reconventional demand. Accordingly, the writ is denied in part as to all claims related to the Geismar project. However, the portion of the July 22, 2024 judgment that granted the exception of peremption as to the remaining claims is reversed, and the exception of peremption is denied as to those remaining claims in Vector's first supplemental and amended reconventional demand.

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT